2007–1834.   State ex rel. Martin v. Callahan.

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of respondent's motion to dismiss,

It is ordered by the court that the motion to dismiss is granted. Accordingly, this cause is dismissed.